# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GILBERT G. AMBALONG,<br><br>  Plaintiff,<br><br>  v.<br><br>F. IGBINOSA, et al.,<br><br>  Defendants. | Case No. 1:12-cv-00658-AWI-DLB PC<br><br>**ORDER REQUIRING DEFENDANTS TO FILE ADDITIONAL RESPONSE**<br><br>ECF No. 2<br><br>RESPONSE DUE WITHIN FOURTEEN DAYS |

    Plaintiff Gilbert G. Ambalong ("Plaintiff") is a prisoner in the custody of the California Department of Corrections and Rehabilitation ("CDCR"). Plaintiff is proceeding pro se in this civil action pursuant to 42 U.S.C. § 1983. On July 1, 2011, Plaintiff filed this action in Fresno County Superior Court. On April 25, 2012, Defendants D. B. Allen, F. Igbinosa, R. H. Trimble, and J. A. Yates ("Defendants") filed a notice of removal to this Court. ECF No. 2.

    Defendants contend that the basis for removal is the Court's original jurisdiction under 28 U.S.C. § 1331 because Plaintiff alleges that Defendants disregarded ""[P]laintiff's serious medical needs in violation of [P]laintiff's Eighth Amendment Right to be free from Cruel and Unusual Punishment." Defs.' Notice ¶ 3, ECF No. 2. Defendants cite to Exhibit A, a copy of Plaintiff's complaint, at page 12. However, a review of Exhibit A does not indicate a page 12 to Plaintiff's complaint. Exhibit A appears to contain an incomplete copy of Plaintiff's complaint. Pursuant to 28 U.S.C. § 1446(a), concerning procedures for removal, Defendants are required to submit a copy of all process, pleadings, and orders served upon the Defendants.

Accordingly, it is HEREBY ORDERED that:

1. Defendants are granted **fourteen (14) days** from the date of service of this order in which to submit a complete copy of all process, pleadings, and orders served upon the Defendants; and

2. If Defendants have already submitted a complete copy of all process, pleadings, and orders served upon Defendants, they shall so notify the Court.

IT IS SO ORDERED.

Dated:   **November 13, 2012**                    /s/ Dennis L. Beck
                                                                    UNITED STATES MAGISTRATE JUDGE