# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GILBERT G. AMBALONG, | CASE NO. 1:12-cv-00658-AWI-DLB PC |
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING CERTAIN CLAIMS AND DEFENDANTS (ECF No. 15) |
| v. | |
| F. IGBINOSA, et al., | |
| Defendants. | ORDER GRANTING DEFENDANTS' MOTION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING (ECF No. 17) |
| / | RESPONSIVE PLEADING DUE JULY 2, 2013 |

Plaintiff Gilbert Ambalong ("Plaintiff") is a California state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. On January 14, 2013, Plaintiff filed his First Amended Complaint. ECF No. 13. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On May 13, 2013, the Magistrate Judge filed a Findings and Recommendations which was served on the parties and which contained notice to the parties that any objection to the Findings and Recommendations was to be filed within fourteen days. ECF No. 15. No party filed a timely Objection to the Findings and Recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1), this Court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

1

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed May 13, 2013, is adopted in full;
2. This action proceeds against Defendants Igbinosa, Trimble, Jardini, and Green for deliberate indifference to a serious medical need in violation of the Eighth Amendment;
3. Defendants Allen and Yates are dismissed from this action with prejudice for failure to a claim;
4. Defendants' Motion for extension of time to file a responsive pleading, filed June 5, 2013 (Doc. No. 17), is granted; and
5. Defendants are granted up to and including July 2, 2013 by which to file their responsive pleading.

IT IS SO ORDERED.

Dated:   June 20, 2013

SENIOR DISTRICT JUDGE